UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOANN MOUTON,

        Plaintiff,

   v.

J. AGUILAR, et. al.,

        Defendants.
                                    /

No. C 14-3508 EDL (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a California state prisoner. Plaintiff describes events that occurred at Central California Women's Facility in Chowchilla, California, which is located in Madera County. All events occurred within the venue of the United States District Court for the Eastern District of California, and the defendants are located there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: October 28, 2014.

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Baker5453.trn.wpd